IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Carl Hughes, Ellen Hughes, Bruce : 
Hughes and Margaret Hughes, : 
          Appellants : 
           : 
        v. :    No. 629 C.D. 2016
           : 
UGI Storage Company : 

# **O R D E R**

NOW, May 9, 2017, having considered appellants' application for reargument and appellee's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge